**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

IN THE MATTER OF               )
                               )
NICHOLAS RAYMOND VanBELKUM     )     BANKRUPTCY CASE NUMBER 09-13966
BETH ANN VanBELKUM            )                    CHAPTER 7
                               )
                DEBTORS.       )

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed

creditors were less than $5.00 each:

CLAIM # 9       GE Money Bank dba Lowe's Consumer        $ 3.24
                c/o Recovery Management Systems
                25 SE 2nd Avenue, Suite 1120
                Miami, Florida   33131

                                         **TOTAL:    $ 3.24**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven _____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of November, 2010, a true and correct copy of
the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the
Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and
was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es)
indicated.

____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven